**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANDREW DENNIS,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | Case No. 2:23-cv-04342-JWH-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

| | |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other |
| 2 | records on file herein, and the Report and Recommendation of the United States |
| 3 | Magistrate Judge.  The time for filing objections has expired, and no objections |
| 4 | have been made.  It is therefore **ORDERED** as follows: |
| 5 |     1.    The Report and Recommendation of the Magistrate Judge is |
| 6 | **ACCEPTED**. |
| 7 |     2.    Judgment shall be entered **DENYING** the Petition and **DISMISSING** |
| 8 | this action **with prejudice**. |
| 9 | **IT IS SO ORDERED.** |

DATED: December 28, 2023

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE