JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 MICHAEL ANDREW DENNIS,                    Case No. 2:23-cv-04342-JWH-MAA

11                     Petitioner,           **JUDGMENT**

12          v.

13 WARDEN,

14                     Respondent.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DENIED** and the action is **DISMISSED with prejudice**.


DATED: December 28, 2023

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE